UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. FLORES,                    ) | |
|       Plaintiff,          ) | |
|                               ) | C.A. No. 05-11854-NMG |
| v.                                 ) | |
| MICHAEL MALONEY, ET AL.,            ) | |
|       Defendants.        ) | |

ORDER FOR DISMISSAL

GORTON, D.J.

In accordance with the Memorandum and Order for Dismissal (#4) dated December 7, 2005 directing dismissal of this action for the reasons stated herein, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.

By the Court,

Dated: December 7, 2005

/s/ Craig Nicewicz
Deputy Clerk